IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:09CR5** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **EDGAR E. BRACAMONTES,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion filed by Santiago E. Juarez to withdraw (Filing No. 68).

The Court notes that A. Michael Bianchi also represented the Defendant. For that reason and because Mr. Juarez represents that he is not admitted to practice before the Eighth Circuit Court of Appeals,

IT IS ORDERED that the motion filed by Santiago E. Juarez to withdraw (Filing No. 68) is granted.

DATED this 16th day of November, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge